SEABOARD TERMINAL & REFRIGERATION Co., INC., Respondent, v. OSCAR NEUMAN, Doing Business under the Name and Style of OSCAR NEUMAN & Co., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.